UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                                          RE:    Larry James PARKER
                                                                       Docket Number:   2:08CR00210-01
                                                                        PERMISSION TO TRAVEL

Your Honor:

The releasee is requesting permission to travel to Maui, Hawaii. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 12, 2010, Mr. Parker was sentenced for the offense of 18 USC 922(g)(1) - Felon in Possession of a Firearm.

**Sentence imposed:** 60 months custody Bureau of Prisons; 36 month Supervised Release; $100 Special Assessment. Special conditions: 1) Warrantless search; 2) Correctional treatment; 3) Substance abuse testing; 4) Aftercare co-payment.

**Dates and Mode of Travel:** Departs August 27, 2013, Alaska Airlines Flight Number 841. Returns September 2, 2013, Alaska Airlines Flight Number 840.

**Purpose:** Attend his girlfriend's sister's wedding. They will be staying at 325 Baldwin Avenue Paia, Maui, Hawaii.

                                                    Respectfully Submitted,

                                                    */s/ Kris M. Miura*

                                                    **KRIS M. MIURA**
                                                   **United States Probation Officer**

**DATED:**       August 13, 2013
                     Elk Grove, California
                     KMM/sda

RE: **Larry James PARKER**
     **Docket Number: 2:08CR00210-01**
     <u>**PERMISSION TO TRAVEL**</u>

**REVIEWED BY:**     */s/ George A. Vidales for*
                      **JACK C. ROBERSON**
                      **Supervising United States Probation Officer**

===================================================================

**ORDER OF THE COURT:**

Approved     X

    8/15/2013                                  /s/ John A. Mendez
**Date**                                             **John A. Mendez**
                                                  **United States District Court Judge**