# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Larry James Parker                **Docket Number:**   0972 2:08CR00210-01

**Name of Judicial Officer**:   John A. Mendez

**Date of Original Sentence:**   1/12/2010

**Original Offense:**   18 USC 922(g)(1) – Felon in Possession of a Firearm (Class C Felony)

**Original Sentence:** 60 months custody Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Aftercare Co-payment

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   8/20/2012

**Other Court Actions:**  None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall complete 40 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.

**Justification:**  The defendant violated his conditions of supervision by not reporting a law enforcement contact to the probation officer and associating with a convicted felon without permission.

On August 10, 2014, a vehicle stop was affected and the defendant was identified as the driver, with a female and male passenger.  He initially claimed he was not on probation or parole but a subsequent record check revealed he was on federal supervision.  The male passenger reported he was on state parole.  After the defendant consented to a search of his vehicle and person, the officer found two cellular telephones and approximately $2,000 on the defendant's person.  No contraband was found in the vehicle.

When confronted with the violation conduct, the defendant claimed he did not know the male passenger had a felony record and he was not aware of his requirement to report any law enforcement contact.  His conditions of supervision were reviewed again, specifically the conditions he violated.  When questioned as to the money found on his person, the defendant reported he earned the money promoting/organizing a recent party where he and others performed.  He was paid cash for his services.

The defendant was advised his violation conduct would be reported to the Court and there would be consequences for his actions.  It was felt community service would impress upon the defendant the seriousness of his behavior and that violation conduct would not go unaddressed.  Further, both he and the community would benefit from his volunteer work.

Therefore, it is recommended the defendant complete 40 hours of unpaid community service.  The defendant is in agreement with the modification request and a signed waiver is on file.


Respectfully submitted,

*/s/ Kris M. Miura*

**Kris M. Miura**
**United States Probation Officer**
Telephone:  (916) 683-3323

**DATED:**   9/10/2014

Reviewed by,

*/s/ Jack C. Roberson*

**Jack C. Roberson**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐ Other

DATED: 9/11/2014                                     /s/ John A. Mendez
                                                     John A. Mendez

                                                     U. S. District Court Judge

CC:

United States Probation

Assistant United States Attorney: William S. Wong

Defense Counsel: Michael Chastaine